Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| CAROL NELSON AND STANLEY NELSON J/T WROS | 1ZA284 |

MADC0583_00000001