BLMIS ACCOUNT NO. 1ZA284 - CAROL NELSON AND STANLEY NELSON J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 12/8/1992 | CHECK | 1,500,000 | 1,500,000 | - | - | - | 1,500,000 | - | - | - |
| 1/5/1993 | CHECK | 500,000 | 500,000 | - | - | - | 2,000,000 | - | - | - |
| 4/5/1994 | CHECK | (250,000) | - | (250,000) | - | - | 1,750,000 | - | - | - |
| 7/20/1994 | CHECK | (50,000) | - | (50,000) | - | - | 1,700,000 | - | - | - |
| 4/5/1995 | CHECK | (230,000) | - | (230,000) | - | - | 1,470,000 | - | - | - |
| 9/20/1995 | CHECK | (60,000) | - | (60,000) | - | - | 1,410,000 | - | - | - |
| 1/12/1996 | CHECK | 700,000 | 700,000 | - | - | - | 2,110,000 | - | - | - |
| 4/15/1996 | CHECK | (225,000) | - | (225,000) | - | - | 1,885,000 | - | - | - |
| 7/9/1996 | CHECK | 300,000 | 300,000 | - | - | - | 2,185,000 | - | - | - |
| 10/23/1996 | CHECK | 850,000 | 850,000 | - | - | - | 3,035,000 | - | - | - |
| 4/10/1997 | CHECK | (230,000) | - | (230,000) | - | - | 2,805,000 | - | - | - |
| 9/16/1997 | CHECK | 400,000 | 400,000 | - | - | - | 3,205,000 | - | - | - |
| 1/16/1998 | CHECK | 400,000 | 400,000 | - | - | - | 3,605,000 | - | - | - |
| 3/29/1999 | CHECK | (325,000) | - | (325,000) | - | - | 3,280,000 | - | - | - |
| 4/9/1999 | CHECK | (200,000) | - | (200,000) | - | - | 3,080,000 | - | - | - |
| 5/27/1999 | CHECK | (60,000) | - | (60,000) | - | - | 3,020,000 | - | - | - |
| 7/29/1999 | CHECK | (60,000) | - | (60,000) | - | - | 2,960,000 | - | - | - |
| 8/19/1999 | CHECK | (60,000) | - | (60,000) | - | - | 2,900,000 | - | - | - |
| 11/22/1999 | CHECK | (120,000) | - | (120,000) | - | - | 2,780,000 | - | - | - |
| 1/5/2000 | CHECK | 100,000 | 100,000 | - | - | - | 2,880,000 | - | - | - |
| 4/12/2000 | CHECK | (600,000) | - | (600,000) | - | - | 2,280,000 | - | - | - |
| 5/1/2000 | CHECK | (100,000) | - | (100,000) | - | - | 2,180,000 | - | - | - |
| 6/1/2000 | CHECK | (70,000) | - | (70,000) | - | - | 2,110,000 | - | - | - |
| 6/26/2000 | CHECK | (65,000) | - | (65,000) | - | - | 2,045,000 | - | - | - |
| 10/27/2000 | CHECK | (200,000) | - | (200,000) | - | - | 1,845,000 | - | - | - |
| 1/12/2001 | CHECK | (70,000) | - | (70,000) | - | - | 1,775,000 | - | - | - |
| 3/7/2001 | CHECK | (50,000) | - | (50,000) | - | - | 1,725,000 | - | - | - |
| 4/17/2001 | CHECK | (300,000) | - | (300,000) | - | - | 1,425,000 | - | - | - |
| 5/2/2001 | CHECK | (50,000) | - | (50,000) | - | - | 1,375,000 | - | - | - |
| 6/22/2001 | CHECK | (50,000) | - | (50,000) | - | - | 1,325,000 | - | - | - |
| 8/1/2001 | CHECK | (100,000) | - | (100,000) | - | - | 1,225,000 | - | - | - |
| 9/26/2001 | CHECK | (120,000) | - | (120,000) | - | - | 1,105,000 | - | - | - |
| 12/11/2001 | CHECK | (100,000) | - | (100,000) | - | - | 1,005,000 | - | - | - |
| 1/10/2002 | CHECK | (100,000) | - | (100,000) | - | - | 905,000 | - | - | - |
| 3/15/2002 | CHECK | 300,000 | 300,000 | - | - | - | 1,205,000 | - | - | - |
| 4/12/2002 | CHECK | (300,000) | - | (300,000) | - | - | 905,000 | - | - | - |
| 5/15/2002 | CHECK | (100,000) | - | (100,000) | - | - | 805,000 | - | - | - |
| 5/30/2002 | CHECK | (200,000) | - | (200,000) | - | - | 605,000 | - | - | - |
| 6/26/2002 | CHECK | (100,000) | - | (100,000) | - | - | 505,000 | - | - | - |
| 8/19/2002 | CHECK | (100,000) | - | (100,000) | - | - | 405,000 | - | - | - |
| 9/24/2002 | CHECK | (100,000) | - | (100,000) | - | - | 305,000 | - | - | - |
| 12/3/2002 | CHECK | (100,000) | - | (100,000) | - | - | 205,000 | - | - | - |
| 12/31/2002 | CHECK | (100,000) | - | (100,000) | - | - | 105,000 | - | - | - |
| 2/14/2003 | CHECK | (100,000) | - | (100,000) | - | - | 5,000 | - | - | - |
| 4/8/2003 | CHECK | (300,000) | - | (300,000) | - | - | (295,000) | - | - | - |
| 4/15/2003 | CHECK | (200,000) | - | (200,000) | - | - | (495,000) | - | - | - |
| 5/30/2003 | CHECK | (100,000) | - | (100,000) | - | - | (595,000) | - | - | (95,000) |

BLMIS ACCOUNT NO. 1ZA284 - CAROL NELSON AND STANLEY NELSON J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 7/11/2003 | CHECK | (100,000) | - | (100,000) | - | - | (695,000) | - | - | (100,000) |
| 9/3/2003 | CHECK | (100,000) | - | (100,000) | - | - | (795,000) | - | - | (100,000) |
| 11/5/2003 | CHECK | (100,000) | - | (100,000) | - | - | (895,000) | - | - | (100,000) |
| 12/30/2003 | CHECK | (100,000) | - | (100,000) | - | - | (995,000) | - | - | - |
| 12/31/2003 | STOP PAYMENT | 100,000 | - | 100,000 | - | - | (895,000) | - | - | - |
| 1/2/2004 | CHECK | (100,000) | - | (100,000) | - | - | (995,000) | - | - | (100,000) |
| 3/2/2004 | CHECK | (100,000) | - | (100,000) | - | - | (1,095,000) | - | - | (100,000) |
| 4/14/2004 | CHECK | (275,000) | - | (275,000) | - | - | (1,370,000) | - | - | (275,000) |
| 6/2/2004 | CHECK | (100,000) | - | (100,000) | - | - | (1,470,000) | - | - | (100,000) |
| 7/28/2004 | CHECK | (100,000) | - | (100,000) | - | - | (1,570,000) | - | - | (100,000) |
| 9/22/2004 | CHECK | (100,000) | - | (100,000) | - | - | (1,670,000) | - | - | (100,000) |
| 10/13/2004 | CHECK | (100,000) | - | (100,000) | - | - | (1,770,000) | - | - | (100,000) |
| 10/26/2004 | CHECK | (100,000) | - | (100,000) | - | - | (1,870,000) | - | - | (100,000) |
| 12/9/2004 | CHECK | (100,000) | - | (100,000) | - | - | (1,970,000) | - | - | (100,000) |
| 12/22/2004 | CHECK | (100,000) | - | (100,000) | - | - | (2,070,000) | - | - | (100,000) |
| 1/25/2005 | CHECK | (100,000) | - | (100,000) | - | - | (2,170,000) | - | - | (100,000) |
| 3/22/2005 | CHECK | (100,000) | - | (100,000) | - | - | (2,270,000) | - | - | (100,000) |
| 4/11/2005 | CHECK | (350,000) | - | (350,000) | - | - | (2,620,000) | - | - | (350,000) |
| 5/10/2005 | CHECK | (100,000) | - | (100,000) | - | - | (2,720,000) | - | - | (100,000) |
| 6/10/2005 | CHECK | (100,000) | - | (100,000) | - | - | (2,820,000) | - | - | (100,000) |
| 7/20/2005 | CHECK | (100,000) | - | (100,000) | - | - | (2,920,000) | - | - | (100,000) |
| 11/10/2005 | CHECK | (100,000) | - | (100,000) | - | - | (3,020,000) | - | - | (100,000) |
| 12/15/2005 | CHECK | (100,000) | - | (100,000) | - | - | (3,120,000) | - | - | (100,000) |
| 1/5/2006 | CHECK | (100,000) | - | (100,000) | - | - | (3,220,000) | - | - | (100,000) |
| 2/23/2006 | CHECK | (100,000) | - | (100,000) | - | - | (3,320,000) | - | - | (100,000) |
| 4/12/2006 | CHECK | (375,000) | - | (375,000) | - | - | (3,695,000) | - | - | (375,000) |
| 5/11/2006 | CHECK | (100,000) | - | (100,000) | - | - | (3,795,000) | - | - | (100,000) |
| 6/6/2006 | CHECK | (100,000) | - | (100,000) | - | - | (3,895,000) | - | - | (100,000) |
| 7/11/2006 | CHECK | (100,000) | - | (100,000) | - | - | (3,995,000) | - | - | (100,000) |
| 9/8/2006 | CHECK | (100,000) | - | (100,000) | - | - | (4,095,000) | - | - | (100,000) |
| 11/3/2006 | CHECK | (100,000) | - | (100,000) | - | - | (4,195,000) | - | - | (100,000) |
| 12/5/2006 | CHECK | (100,000) | - | (100,000) | - | - | (4,295,000) | - | - | (100,000) |
| 1/3/2007 | CHECK | (100,000) | - | (100,000) | - | - | (4,395,000) | - | (100,000) | (100,000) |
| 1/31/2007 | CHECK | (100,000) | - | (100,000) | - | - | (4,495,000) | - | (100,000) | (100,000) |
| 3/20/2007 | CHECK | (100,000) | - | (100,000) | - | - | (4,595,000) | - | (100,000) | (100,000) |
| 4/10/2007 | CHECK | (325,000) | - | (325,000) | - | - | (4,920,000) | - | (325,000) | (325,000) |
| 5/3/2007 | CHECK | (60,000) | - | (60,000) | - | - | (4,980,000) | - | (60,000) | (60,000) |
| 6/4/2007 | CHECK | (100,000) | - | (100,000) | - | - | (5,080,000) | - | (100,000) | (100,000) |
| 7/31/2007 | CHECK | (100,000) | - | (100,000) | - | - | (5,180,000) | - | (100,000) | (100,000) |
| 9/21/2007 | CHECK | (100,000) | - | (100,000) | - | - | (5,280,000) | - | (100,000) | (100,000) |
| 11/6/2007 | CHECK | (100,000) | - | (100,000) | - | - | (5,380,000) | - | (100,000) | (100,000) |
| 12/26/2007 | CHECK | (100,000) | - | (100,000) | - | - | (5,480,000) | - | (100,000) | (100,000) |
| 1/17/2008 | CHECK | 500,000 | 500,000 | - | - | - | (4,980,000) | - | - | - |
| 3/26/2008 | CHECK | (200,000) | - | (200,000) | - | - | (5,180,000) | - | (200,000) | (200,000) |
| 4/10/2008 | CHECK | (350,000) | - | (350,000) | - | - | (5,530,000) | - | (350,000) | (350,000) |
| 6/10/2008 | CHECK | (100,000) | - | (100,000) | - | - | (5,630,000) | - | (100,000) | (100,000) |
| 7/9/2008 | CHECK | (100,000) | - | (100,000) | - | - | (5,730,000) | - | (100,000) | (100,000) |

BLMIS ACCOUNT NO. 1ZA284 - CAROL NELSON AND STANLEY NELSON J/T WROS

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 9/5/2008 | CHECK | (100,000) | - | (100,000) | - | - | (5,830,000) | - | (100,000) | (100,000) |
| 10/1/2008 | CHECK | (100,000) | - | (100,000) | - | - | (5,930,000) | - | (100,000) | (100,000) |
| 10/30/2008 | CHECK | (375,000) | - | (375,000) | - | - | (6,305,000) | - | (375,000) | (375,000) |
| 11/24/2008 | CHECK | (100,000) | - | (100,000) | - | - | (6,405,000) | - | (100,000) | (100,000) |
| | | Total: | $ 5,550,000 | $ (11,955,000) | $ - | $ - | $ (6,405,000) | $ - | $ (2,610,000) | $ (6,405,000) |