*11 CV 8480* (handwritten)

JS 44C/SDNY
REV. 5/2010

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Carol Nelson (see attached Addendum for list of defendants) |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | Kramer Levin Naftalis & Frankel LLP<br>Attn: Philip Bentley/Elise Scherr Frejka<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100/Facsimile: (212) 715-8000 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 157(d) - Withdrawal of Reference from United States Bankruptcy Court for the Southern District of New York

Has this or a similar case been previously filed in SDNY at any time? No? ☐ Yes? ☒ Judge Previously Assigned  Jed S. Rakoff

If yes, was this case Vol. ☐ Invol. ☐ Dismissed, No ☐ Yes ☐   If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*   NATURE OF SUIT   *10-4377 #10  11/16/11* (handwritten)

## ACTIONS UNDER STATUTES

| CONTRACT | TORTS — PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 610 AGRICULTURE | [ ] 422 APPEAL 28 USC 158 | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 620 OTHER FOOD & DRUG | [X] 423 WITHDRAWAL 28 USC 157 | [ ] 410 ANTITRUST |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 388 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | | [ ] 430 BANKS & BANKING |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | | [ ] 630 LIQUOR LAWS | PROPERTY RIGHTS | [ ] 450 COMMERCE |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY | [ ] 640 RR & TRUCK | [ ] 820 COPYRIGHTS | [ ] 460 DEPORTATION |
| | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD | [ ] 650 AIRLINE REGS | [ ] 830 PATENT | [ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 MEDICARE ACT | | [ ] 371 TRUTH IN LENDING | [ ] 660 OCCUPATIONAL SAFETY/HEALTH | [ ] 840 TRADEMARK | |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | [ ] 690 OTHER | SOCIAL SECURITY | [ ] 480 CONSUMER CREDIT |
| | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | LABOR | [ ] 861 HIA (1395ff) | [ ] 490 CABLE/SATELLITE TV |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) | [ ] 810 SELECTIVE SERVICE |
| [ ] 160 STOCKHOLDERS SUITS | ACTIONS UNDER STATUTES CIVIL RIGHTS | | [ ] 720 LABOR/MGMT RELATIONS | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 190 OTHER CONTRACT | [ ] 441 VOTING | | [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ] 864 SSID TITLE XVI | [ ] 875 CUSTOMER CHALLENGE 12 USC 3410 |
| [ ] 195 CONTRACT PRODUCT LIABILITY | [ ] 442 EMPLOYMENT | PRISONER PETITIONS | [ ] 740 RAILWAY LABOR ACT | [ ] 865 RSI (405(g)) | |
| [ ] 196 FRANCHISE | [ ] 443 HOUSING/ ACCOMMODATIONS | [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255 | [ ] 790 OTHER LABOR LITIGATION | FEDERAL TAX SUITS | [ ] 890 OTHER STATUTORY ACTIONS |
| REAL PROPERTY | [ ] 444 WELFARE | [ ] 530 HABEAS CORPUS | [ ] 791 EMPL RET INC SECURITY ACT | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 891 AGRICULTURAL ACTS |
| [ ] 210 LAND CONDEMNATION | [ ] 445 AMERICANS WITH DISABILITIES – EMPLOYMENT | [ ] 535 DEATH PENALTY | | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 892 ECONOMIC STABILIZATION ACT |
| [ ] 220 FORECLOSURE | | [ ] 540 MANDAMUS & OTHER | IMMIGRATION | | [ ] 893 ENVIRONMENTAL MATTERS |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 446 AMERICANS WITH DISABILITIES –OTHER | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION APPLICATION | | [ ] 894 ENERGY ALLOCATION ACT |
| [ ] 240 TORTS TO LAND | [ ] 440 OTHER CIVIL RIGHTS | [ ] 555 PRISON CONDITION | [ ] 463 HABEAS CORPUS- ALIEN DETAINEE | | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 245 TORT PRODUCT LIABILITY | | | [ ] 465 OTHER IMMIGRATION ACTIONS | | [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 290 ALL OTHER REAL PROPERTY | | | | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE  Jed S. Rakoff     DOCKET NUMBER  11 civ 3605

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

American LegalNet, Inc.
www.FormsWorkFlow.com

*(PLACE AN x IN ONE BOX ONLY)*                    **ORIGIN**

☒ 1 Original          ☐ 2a. Removed from       ☐ 3 Remanded from    ☐ 4 Reinstated or   ☐ 5 Transferred from    ☐ 6 Multidistrict      ☐ 7 Appeal to District
     Proceeding             State Court                Appellate Court        Reopened            (Specify District)         Litigation             Judge from
                     ☐ 2b. Removed from                                                                                                          Magistrate Judge
                           State Court AND                                                                                                        Judgment
                           at least one
                           party is pro se.

*(PLACE AN x IN ONE BOX ONLY)*              **BASIS OF JURISDICTION**                              **IF DIVERSITY, INDICATE**
☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION      ☐ 4 DIVERSITY               **CITIZENSHIP BELOW.**
                                              (U.S. NOT A PARTY)                                 **(28 USC 1322, 1441)**

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [·]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
New York County

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**
Carol Nelson and defendants identified on attached Addendum
c/o Kramer Levin Naftalis & Frankel LLP
Attn: Philip Bentley/Elise Scherr Frejka
1177 Avenue of the Americas
New York, New York 10036
New York County

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   **THIS ACTION SHOULD BE ASSIGNED TO:**   ☐ WHITE PLAINS   ☒ MANHATTAN
             (DO NOT check either box if this a PRISONER PETITION.)

DATE          SIGNATURE OF ATTORNEY OF RECORD                     ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                  [ ] NO
RECEIPT #        *Elise Frejka*                                   [X] YES (DATE ADMITTED Mo. 11 Yr. 1991)
                                                                  Attorney Bar Code # 6896

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

American LegalNet, Inc.
www.FormsWorkFlow.com

## Addendum to Civil Cover Sheet

<u>Defendants</u>

Carol Nelson, individually and as joint tenant
Stanley Nelson, individually and as joint tenant

<u>Defendants Attorneys</u>

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-7100
Facsimile: (212) 715-8000

<u>Statement as to Jury Demand</u>

Plaintiff did not demand a jury trial in his complaint. Defendants have not filed an
answer, and have preserved their right to demand a jury trial.

<u>Explanation as to Relatedness</u>

Movants submit that this case is related to several actions pending in this Court and
arising out of the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under
the Securities Investor Protection Act ("SIPA"), including Picard v. Katz, No. 11 civ. 3605
(JSR)(S.D.N.Y. July 1, 2001); Picard v. Greiff, No. 11 civ. 03775 (S.D.N.Y. September 16,
2011); Picard v.Blumenthal, No. 11 civ 04293 (October 14, 2011).

This action, in which movants likewise seek withdrawal of the bankruptcy reference,
presents similar, although not identical, issues regarding whether SIPA is a federal securities
statute and the application and interpretation of SIPA with respect to the trustee's claims in the
factual and legal context of the BLMIS SIPA case.


American LegalNet, Inc.
www.FormsWorkFlow.com