KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Elise Scherr Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04377 (BRL) |
| | Case No.: 11-cv-08480 (JSR) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, *et al.*, | |
| Defendants. | |

**DEFENDANTS' JOINDER IN MICHAEL GOLDSTEIN'S
SECOND MOTION TO WITHDRAW THE REFERENCE**

The Defendants in the above-captioned action, hereby join in the Second Motion to Withdraw the Reference, and all papers submitted or to be submitted in support thereof, filed by Michael Goldstein in <u>Picard v. Goldstein</u>, Adv. Proc. No. 10-04482 (BRL) (Bankr. S.D.N.Y.); <u>Picard v. Goldstein</u>, No. 11-cv-08491 (S.D.N.Y.).  On the same grounds described therein, Defendants respectfully request that the District Court enter an order withdrawing the reference of the above-captioned adversary proceeding pursuant to 28 U.S.C. § 157(d).

Dated: New York, New York
       April 2, 2012

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:  /s/ Elise Scherr Frejka
    Philip Bentley
    Elise Scherr Frejka
    Jason Rappaport
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000

*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I, Elise Scherr Frejka, hereby certify that on the 2nd day of April, 2012, I electronically filed the foregoing Joinder in Michael Goldstein's Second Motion to Withdraw the Reference with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

/s/ Elise Scherr Frejka
Elise Scherr Frejka